No. 09–11320. BOAZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11322. SIMMONS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–11323. COLEMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11324. CANNON *v.* MASON ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–11325. EARHART *v.* KONTEH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11329. CRULLER *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 09–11330. LEMUS *v.* KRAMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–11331. SIMON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 09–11332. SAUNDERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–11334. SNYPE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 09–11335. WILLIAMS *v.* HOWARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11336. BASSO *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 09–11337. AKINMUKOMI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 09–11338. BODEN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 09–11339. ABDELSHAFI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.